```
                                                        FILED
                                                 JEFFREY A. APPERSON, CLERK
         UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF KENTUCKY              DEC 3 0 2004
                PADUCAH DIVISION
                                                  U.S. DISTRICT COURT
                                                  WEST'N. DIST. KENTUCKY
```

CELEDONIA CRUZ,

    PLAINTIFF,

v.                                                          CIVIL ACTION NO. 5:04-CV-231-R

ELMER A. TOLIVER and GENEVIEVE
TOLIVER,

    DEFENDANTS.

## DEFENDANTS' MOTION TO DISMISS

Defendants Dr. Elmer Toliver and Genevieve Toliver (incorrectly named in the complaint as "Genevie" Toliver), by counsel, hereby move to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. The grounds supporting this motion are set forth in the accompanying Memorandum of Law.

                                                  _____
                                                  J. David Boswell
                                                  BOSWELL SIMS & VASSEUR, PLLC
                                                  425 South Sixth Street
                                                  Paducah, KY  42002-1265
                                                  Telephone:  (270) 442-9237

                                                  Douglass Farnsley
                                                  STITES & HARBISON, PLLC
                                                  400 West Market Street, Suite 1800
                                                  Louisville, KY  40202-3352
                                                  Telephone:  (502) 587-3400

                                                  CO-COUNSEL FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of ~~January, 2005~~ December 2004, a true copy of the foregoing Motion to Dismiss, supporting Memorandum and tendered Order was served by hand delivery, upon Colin H. Lindsay, Esq., Dinsmore & Shohl, LLP, 500 West Jefferson Street, 1400 PNC Plaza, Louisville, Kentucky 40202.

Douglass Farnsley