UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:04CV-231-R

CELDONIA CRUZ                                                                                               PLAINTIFF

v.

ELMER A. TOLIVER, ET AL.                                                                        DEFENDANTS

ORDER

Upon Defendants' Motion to Dismiss (Dkt. # 4), Plaintiff's response (Dkt. # 7), Defendants's reply (Dkt. #8), and the court being sufficiently advised,

**IT IS ORDERED:**

Defendants' Motion to Dismiss (Dkt. # 4) is **GRANTED in part** and **DENIED in part**. Counts I, IV-VII, and IX of the complaint are dismissed.


cc: Counsel