UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| CELEDONIA CRUZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. |
| ELMER A. TOLIVER, | ) 5:04-CV-231-R ) ) |
| and | ) ) |
| GENEVIEVE A. TOLIVER | ) ) |
| Defendants. | ) ) |

### FIRST AMENDED COMPLAINT

Plaintiff, Celedonia Cruz, states as follows for her Amended Complaint against Defendants, Dr. Elmer Toliver and Genevieve Toliver (collectively, "Defendants").

1. The averments in Paragraphs 1 through 32 of the original Complaint filed herein are incorporated herein as if set forth again in full.

2. As a woman, Ms. Cruz is a member of a protected class that is subject to discriminatory practices.

3. As an immigrant from the Philippines, Ms. Cruz is a member of an ethnic minority that is subject to discriminatory practices.

4. Defendants conspired with each other and with other members of their extended family to deprive Ms. Cruz of equal protection of the laws, or of equal privileges and immunities under the law and due process rights because of her susceptibility to discriminatory practices and limited political protection from prejudicial treatment.

5.      Defendants' conduct constituted acts in furtherance of the object of their conspiracy.

6.      As a result of Defendants' conduct, Ms. Cruz was deprived of having and exercising one or more rights and privileges of a citizen of the United States.

7.      Paragraphs 34, 35, 40, 41, 42, 43, 45, and 46 (being Counts II, III, VIII, IX, X, XI, XIII, and XIV respectively) are incorporated herein as if set forth again in full.

### Count XII

Defendants' conduct, including without limitation their failure to pay minimum wage, and to account in writing for Ms. Cruz's hours and wages, constitutes willful violation of the Fair Labor Standards Act, 29 U.S.C §201, *et seq*. In addition to recovery of unpaid minimum wages, Ms. Cruz is entitled to recover from Defendants "an additional equal amount as liquidated damages." 29 U.S.C. § 216(b).

### PRAYER FOR RELIEF

Accordingly, Plaintiff Celdonia Cruz respectfully demands the following relief:

1.      the relief requested in paragraphs 1 and 3 through 9 of the complaint; and

2.      damages for Defendants' willful conduct in violation of the Fair Labor Standards Act.

Respectfully Submitted,

DINSMORE & SHOHL, LLP
Colin H. Lindsay
Holly C. Wallace

*/s/ Colin Lindsay*
500 West Jefferson Street
1400 PNC Plaza
Louisville, Kentucky 40202
(502) 540-2300
(502) 585-2207 (Facsimile)

101302v1
33765-1