✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Western                    DISTRICT OF                    Kentucky

Celedonia Cruz

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:    5-04-cv-231

Elmer and Genevieve Toliver

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered a verdict.

IT IS ORDERED AND ADJUDGED:

The Plaintiff, Celedonia Cruz, shall have and recover from the Defendants, Elmer and Genevieve Toliver, the following sums:

1) The sum of $5,114.00 against the Defendant, Elmer Toliver, for a claim of conversion ($114.00) and punitive damages ($5,000.00);

2) The sum of $15,000 against the Defendant, Genevieve Toliver, for claims of breach of contract and fraud ($10,000.00), and punitive damages ($5,000.00); and

3) The sum of $48,204.00 against the Defendants, Elmer and Genevieve Toliver, jointly and severally, for a willful violation of the Fair Labor Standards Act.

It is so ordered.