UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
5:04CV-231-R

CELEDONIA CRUZ                                                                                          PLAINTIFF

v.

ELMER A. TOLIVER

and

GENEVIEVE A. TOLIVER                                                                           DEFENDANTS

## ORDER

**IT IS SO ORDERED:**

The Plaintiff's Motion to Amend the Judgment (Docket #70) is **GRANTED**. The Court orders that the Defendants pay an additional $48,204.00 to the Plaintiff, Celedonia Cruz, for liquidated damages under the Fair Labor Standards Act.