UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
NOV 30 2007
JEFFREY A. APPERSON, CLERK
BY
DEPUTY CLERK

No: 06-6113

Filed: November 26, 2007

CELDONIA CRUZ,

    Plaintiff - Appellee

v.

ELMER A. TOLIVER; GENEVIE A. TOLIVER,

    Defendants - Appellants

MANDATE

Pursuant to the court's disposition that was filed 10/31/2007 the mandate for this case hereby issues today.

COSTS: NONE

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 26, 2007

Mr. Jeffrey A. Apperson
Western District of Kentucky at Paducah
Fifth & Broadway Streets
Suite 322 Federal Building
Paducah, KY 42001-0000

Re:  No. 06-6113, *Cruz v. Toliver, et al*
     Originating Case No. 04-00231

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034
Fax No. 513-564-7096
Patricia_Elder@ca6.uscourts.gov

cc: Mr. Colin H. Lindsay
    Honorable Thomas B. Russell
    Mr. Elmer A. Toliver
    Ms. Genevie A. Toliver

Enclosure